Dismissed and
Memorandum Opinion filed June 21, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01062-CV

____________

 

KENRY JAMES, Appellant

 

V.

 

AUSTRALIA JAMES, Appellee

 



 

On Appeal from the 247th District Court

Harris County, Texas

Trial Court Cause No. 2009-20863 

 

 

 



MEMORANDUM 
OPINION

            This is an appeal from a judgment signed October 20, 2010. 
The clerk’s record was filed December 31, 2010.  No reporter’s record was taken. 
No brief was filed.

            On May 5, 2011, this court issued an order stating that
unless appellant submitted a brief, together with a motion reasonably
explaining why the brief was late, on or before June 3, 2011, the court would
dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no
response.  Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices Anderson,
Brown, and Jamison.